PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Unforgettable Coatings, Inc.;*
*Unforgettable Coatings of Idaho LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ISMAEL ZUNIGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS INC,;<br>UNFORGETTABLE COATINGS OF IDAHO LLC; DOES 1 through 50; inclusive.<br><br>Defendants. | Case No.: 2:21-cv-01221-JCM-VCF<br><br>**DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW ATTORNEY HOLLY E. WALKER FROM CASE** |

Defendants Unforgettable Coatings, Inc. and Unforgettable Coatings of Idaho LLC, by and through their counsel, the law firm of Jackson Lewis P.C., hereby requests leave of Court to remove attorney Holly E. Walker as counsel of record from the above captioned case and the Court's docket. Ms. Walker is no longer with Jackson Lewis P.C. and her withdrawal will not cause any delay in the action.

Paul Trimmer and Joshua Sliker will remain as counsel of record for said Defendants.

DATED this 3rd day of March, 2023.

                                                                         JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED: March 13, 2023

2