PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Unforgettable Coatings, Inc.,*
*Unforgettable Coatings of Idaho LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ISMAEL ZUNIGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS INC,;<br>UNFORGETTABLE COATINGS OF IDAHO LLC; DOES 1 through 50; inclusive.<br><br>Defendants. | Case No.: 2:21-cv-01221-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO PARTIALLY DISMISS PLAINTIFF JOSE ISMAEL ZUNIGA'S CLASS ACTION COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Ismael Zuniga, ("Plaintiff"), through his counsel, Gabroy Messer, and Defendants, Unforgettable Coatings, Inc. and Unforgettable Coatings of Idaho, LLC, ("Defendants"), by and through their counsel, Jackson Lewis P.C., that Defendants shall have an extension, up to and including Friday, May 26, 2023, in which to file its Reply in Support of its Motion to Partially Dismiss Plaintiff Jose Ismael Zuniga's Class Action Complaint (ECF No. 33). This Stipulation is submitted and based upon the following:

1. Defendant's Reply is due on May 19, 2023.

2. Defendant's attorney of record, Joshua Sliker, is out of the state and will not be returning until Monday, May 22, 2023.

3. For the reasons set forth above, the parties stipulate that Defendant may have up to and including May 26, 2023 to file its Reply in Support of its Motion to Partially Dismiss Plaintiff Jose Ismael Zuniga's Class Action Complaint (ECF No. 33).

4. This is the first request for an extension of time for Defendant to file its Reply.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 17th day of May, 2023.

| GABROY MESSER | JACKSON LEWIS P.C. |
|---|---|
| /s/ Kaine Messer | /s/ Joshua A. Sliker |
| Christian Gabroy, State Bar No. 8805<br>Kaine Messer, State Bar No. 14240<br>170 S. Green Valley Pkwy., Suite 280<br>Henderson, Nevada 89012 | Paul T. Trimmer, State Bar No. 9291<br>Joshua A. Sliker, State Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: May 19, 2023