# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jose Ismael Zuniga,

                 Plaintiff,

vs.

Unforgettable Coatings Inc, et al.,

                 Defendants.

Case No. 2:21-cv-01221-JCM-MDC

**ORDER**

This case is three years old. The Court dismissed two of plaintiff's claims last year. ECF No. 38. The parties have not filed anything in this case since last year and have not filed a joint stipulated discovery plan and scheduling order.

**IT IS ORDERED** that by **August 16, 2024**, the parties shall file either:

1.  The joint discovery plan and scheduling order in conformance with LR 26-1; OR

2.  A stipulation to dismiss this case.

3.  Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated: August 2, 2024.

                             _____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge