Christian Gabroy
(#8805)
Kaine Messer
(#14240)
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:  (702) 259-7777
Fax:  (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Jose Ismael Zuniga*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ISMAEL ZUNIGA, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>UNFORGETTABLE COATINGS INC.; UNFORGETTABLE COATINGS OF IDAHO LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01221-JCM-MDC<br><br>**JOINT STIPULATION TO REQUEST A MEDIATED SETTLEMENT CONFERENCE PER LR 16.5** |

**JOINT STIPULATION TO REQUEST MEDIATED SETTLEMENT CONFERENCE PER LR 16.5**

Jose Ismael Zuniga ("Plaintiff" or "Zuniga") and Defendants Unforgettable Coatings Inc. and Unforgettable Coatings of Idaho LLC's (together "Defendants"), by and through their respective counsel of record, and pursuant to LR 16-5, hereby stipulate to jointly request that the parties be ordered to attend a settlement conference in this matter. The parties have not privately mediated this matter.

As previously indicated, the parties have engaged in extensive discussion regarding potential resolution of this matter. *See* ECF No. 48, pp. 1-2. To that end, Defendants have propounded voluminous class-wide data, Plaintiff has been analyzing same, and resolution discussions are ongoing. The parties will continue to work together pursuant to Fed. R. Civ. P. 1 and strive to achieve resolution.

At this time, the parties agree that it would be an appropriate and efficient use of judicial resources for this matter to ordered to settlement conference presided over by a United States Magistrate Judge per Local Rule 16.5. Therefore, the parties respectfully submit this stipulation requesting that: (1) this matter be ordered to settlement conference accordingly for a date after October 1, 2025; (2) all case deadlines be stayed pending completion of the settlement conference; and (3) if the parties do not reach a resolution at the settlement conference that they will submit an amended scheduling order addressing the remaining case deadlines within ten (10) days after the settlement conference.

Dated this 14th day of July 2025.

GABROY | MESSER

By: */s/ Christian Gabroy*
Christian Gabroy
(#8805)
Kaine Messer
(#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
christian@gabroy.com
kmesser@gabroy.com

*Attorneys for Plaintiff*
*Jose Ismael Zuniga*

Dated this 14th day of July 2025.

JACKSON LEWIS P.C.

By: */s/ Joshua Sliker*
Joshua Sliker, Esq.
Nevada Bar No. 12493
Scott Barbag, Esq.
Nevada Bar No. 14164
300 South Fourth Street
Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Unforgettable Coatings Inc. and*
*Unforgettable Coatings of Idaho LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2025